

# THE THIRTEENTH COURT OF APPEALS

---

13-23-00392-CV

---

William Aric Krause, Independent Executor of the Estate of Linda K. Krause, Deceased, and as Trustee of The Linda K. Krause Living Trust, Patrisha K. Saldivar, as Trustee of Linda K. Krause Mineral Trust, and Linda K. Krause Farm, LLC, William Aric Krause, as Trustee of the Linda K. Krause Mineral Trust

v.

Michael Krause

---

On Appeal from the
24th District Court of DeWitt County, Texas
Trial Court Cause No. 21-11-25,576

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Each party shall bear their own costs relating to this appeal.

We further order this decision certified below for observance.

June 13, 2024